# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RANDOLPH HICKS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JEANNE WOODFORD, et al.,<br><br>　　　　　Respondent. | No. CV 07-532-VBF (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. The Court agrees with the recommendation of the magistrate judge.

　　　IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: March 8, 2010

　　　　　　　　　　　　　　　　　　　　_Valerie Baker Fairbank_
　　　　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE